| Adams v. State | 111,099 | Denied | 03/31/2016 | Unpublished |
| Allen v. Bruffett | 113,466 | Denied | 04/21/2016 | Unpublished |
| Amos v. Heimgartner | 113,954 | Denied | 03/31/2016 | Unpublished |
| Anderson v. State | 111,889 | Denied | 04/21/2016 | Unpublished |
| Andrews v. State | 112,240 | Denied | 03/31/2016 | Unpublished |
| Bejarano v. State | 112,370 | Denied | 07/22/2016 | Unpublished |
| City of Salina v. Cooper | 112,320 | Denied | 04/21/2016 | Unpublished |
| City of Shawnee v. Clark | 112,751 | Denied | 07/22/2016 | Unpublished |
| Clark v. Roberts | 114,375 | Denied | 08/31/2016 | Unpublished |
| Dixon v. State | 112,676 | Denied | 07/22/2016 | Unpublished |
| Drach v. State | 110,716 | Denied | 04/21/2016 | Unpublished |
| Dudley v. Heimgartner | 113,080 | Denied | 03/31/2016 | Unpublished |
| Gant v. State | 112,434 | Denied | 07/07/2016 | Unpublished |
| Grammar v. State | 111,967 | Denied | 06/21/2016 | Unpublished |
| Hodes & Nauser, MDs v. Schmidt | 114,153 | Granted | 04/11/2016 | 52 Kan. App. 2d 274 |
| Humphrey v. Roberts | 113,024 | Denied | 08/30/2016 | Unpublished |
| Hunt v. State | 112,743 | Denied | 06/21/2016 | Unpublished |
| *In re* A.L.H. | 113,589 | Denied | 03/31/2016 | Unpublished |
| *In re* D.L. | 113,832 | Denied | 03/31/2016 | Unpublished |
| *In re* Determination of Validity of Conviction | 111,906 | Denied | 06/21/2016 | Unpublished |
| *In re* E.M. | 113,569 | | | |
| | 113,786 | Denied | 04/07/2016 | Unpublished |
| *In re* Guardianship & Conservatorship of Raney | 110,841 | Denied | 07/22/2016 | Unpublished |
| *In re* Guardianship of Levota | 111,463 | Denied | 04/21/2016 | Unpublished |
| *In re* J.W. | 113,161 | Denied | 03/31/2016 | Unpublished |
| *In re* L.S.M.A. | 114,038 | Denied | 07/07/2016 | Unpublished |
| *In re* M.H. | 112,769 | Denied | 08/31/2016 | Unpublished |
| *In re* M.M.M. | 113,875 | Denied | 07/07/2016 | Unpublished |
| *In re* Marriage of Hodges | 113,884 | Denied | 04/21/2016 | Unpublished |
| Iserhardt v. State | 111,269 | Denied | 07/22/2016 | Unpublished |
| Jones v. Jones | 112,520 | Granted | 08/30/2016 | Unpublished |
| Kling v. Cline | 113,519 | Denied | 03/31/2016 | Unpublished |
| Lopez-Martinez v. State | 112,100 | Denied | 03/31/2016 | Unpublished |
| Lowe v. State | 112,017 | Denied | 03/31/2016 | Unpublished |
| Manco v. State | 112,194 | Denied | 03/31/2016 | 51 Kan. App. 2d 733 |
| McElhaney v. Thomas | 111,590 | Granted | 06/21/2016 | Unpublished |
| McIntyre v. State | 111,580 | Granted | 03/31/2016 | Unpublished |
| Morton County Hospital v. Howell | 112,768 | Denied | 06/21/2016 | 51 Kan. App. 2d 1103 |